**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

BRYAN ESTUARDO LOAYES AGUILAR,

Petitioner,

v.

WARDEN OF DESERT VIEW FACILITY,

Respondent.

Case No. 5:26-cv-05466-FWS-AJR

**ORDER ACCEPTING IN PART AND MODIFYING IN PART FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

///

///

///

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, (Dkt. 1 (“Petition”)), the Report and Recommendation of the United States Magistrate Judge, (Dkt. 7 (“R&R”)), and all the records and files herein. The Magistrate Judge determined that it was appropriate to waive the objections period because Respondents declined to file a response to the Petition. (*See* R&R at 9 (“Given Respondent’s failure to file a notice of appearance or response to the Petition, the Court deems Respondent to have waived the objections period afforded by 28 U.S.C. § 636, the Federal Rules of Civil Procedure, and the Local Rules.”).)

“A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge.” 28 U.S.C. § 636(b)(1)(C); *see also* Fed. R. Civ. P. 72(b)(3) (stating “[t]he district judge must determine de novo any part of the magistrate judge’s disposition that has been properly objected to,” and “[t]he district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions”). Proper objections require “specific written objections to the proposed findings and recommendations” of the magistrate judge. Fed. R. Civ. P. 72(b)(2). “A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.” 28 U.S.C. § 636(b)(1)(C); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (“The statute makes it clear that the district judge must review the magistrate judge’s findings and recommendations de novo if objection is made, but not otherwise.”). Where no objection has been made, arguments challenging a finding are deemed waived. *See* 28 U.S.C. § 636(b)(1)(C) (“Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court.”). Moreover, “[o]bjections to a R&R are not a vehicle to relitigate the same arguments carefully considered and

rejected by the Magistrate Judge." *Chith v. Haynes*, 2021 WL 4744596, at *1 (W.D. Wash. Oct. 12, 2021).

The Court has conducted a *de novo* review of the R&R. Based on the Court's *de novo* review, the Court accepts in part and modifies in part the findings, conclusions and recommendations of the Magistrate Judge. More specifically, the court finds that Respondent's lack of response to the Petition, (*see* R&R at 2, 8; *see also generally* Dkt.), results in Respondent consenting to the relief sought in the Petition. *See* C.D. Cal. L.R. 7-12 (stating in pertinent part, "The failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion"); *see also, e.g.*, *Chavez Pastore v. Warden of Adelanto ICE Processing Ctr., et al.*, 2026 WL 2178765, at *2 (C.D. Cal. July 27, 2026) ("As such, the Court need not decide whether it agrees with the merits of Petitioner's claims in all respects; it simply acknowledges that his claim that his detention is without lawful authority is unrefuted. As numerous other courts have found in such circumstances, the Petition should therefore be granted based on Respondent's failure to oppose the primary relief sought.").[1]

Accordingly, **IT IS ORDERED** that the Petition is **GRANTED**. Respondent shall immediately release Petitioner Bryan Estuardo Loayes Aguilar (A# 216-776-982) ("Petitioner") from custody subject only to the conditions of release in Petitioner's prior Order of Release on Recognizance and Respondent shall immediately return any confiscated property and documents to Petitioner upon

[1] In light of the court's finding that Respondent has consented the relief sought in the Petition by not responding, the court declines to adopt the following portion of the R&R that states that the Petition is being granted on the merits: "Thus, the Court concludes that Petitioner is entitled to the relief requested in the Petition based on the Court's consideration of the merits of Petitioner's claims, separate and apart from the fact that Respondent has consented to such relief being granted." (R&R at 8.)

release. Respondent shall file a notice of compliance with this Court **within three (3) days of entry of Judgment.**

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Petitioner at the current address of record, as well as all parties in the action.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: October 7, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE