**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRYAN ESTUARDO LOAYES AGUILAR,<br>Petitioner,<br>v.<br>WARDEN OF DESERT VIEW FACILITY,<br>Respondent. | Case No. 5:26-cv-05466-FWS-AJR<br><br>**JUDGMENT** |

Pursuant to the Order Accepting in Part and Modifying in Part the Findings, Conclusions and Recommendations of the Magistrate Judge,

**IT IS HEREBY ADJUDGED** that the Petition, (Dkt. 1), is **GRANTED**. Respondent shall immediately release Petitioner Bryan Estuardo Loayes Aguilar (A# 216-776-982) ("Petitioner") from custody subject only to the conditions of release in Petitioner's prior Order of Release on Recognizance and Respondent shall immediately return any confiscated property and documents to Petitioner upon release. Respondent shall file a notice of compliance with this Court **within three**

**(3) days.**

Dated: October 7, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE